# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

CHRISTOPHER PATRICK SIMMONS

*Plaintiff(s)*
v.
COMMISSIONER OF SOCIAL SECURITY

Civil Action No. 5:17-CV-25

*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award  ☐ Judgment costs  ☒ Other

other: The Clerk is directed to enter Judgment pursuant to FRCP 58

This action was:
☐ tried by jury  ☐ tried by judge  ☒ decided by judge

decided by Judge Frederick P. Stamp, Jr.

IT IS ORDERED that the Magistrate Judge's Report and Recommendation is AFFIRMED and ADOPTED; that Plaintiff's motion for Summary Judgment is DENIED; that Defendant's Motion for Summary Judgment is GRANTED . that Plaintiffs Objections to Report/ Recommendation are OVERRULED, and it is further

ORDERED that this civil action is DISMISSED WITH PREJUDICE and STRICKEN from the active docket of this Court.

Date: January 11, 2018

*CLERK OF COURT*
Cheryl Dean Riley

By: A.O. Abraham

*Signature of Clerk or Deputy Clerk*

FILED JAN 11 2018
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003